# GROUP EXHIBIT 1

# United States of America

### United States Patent and Trademark Office

# STAN LEE

**Reg. No. 5,875,319**

**Registered Oct. 01, 2019**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

POW! ENTERTAINMENT LLC (DELAWARE LIMITED LIABILITY COMPANY)
9440 Santa Monica #620
Beverly Hills, CALIFORNIA 90210

CLASS 28: Toy action figures

FIRST USE 1-1-2014; IN COMMERCE 1-1-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3357243

The name(s), portrait(s), and/or signature(s) shown in the mark identifies "Stan Lee", whose consent(s) to register is made of record.

SER. NO. 87-981,749, FILED 03-23-2018

Director of the United States
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# STAN LEE

| | |
|---|---|
| **Reg. No. 5,880,988** | POW! ENTERTAINMENT LLC (DELAWARE LIMITED LIABILITY COMPANY)<br>9440 Santa Monica #620 |
| **Registered Oct. 08, 2019** | Beverly Hills, CALIFORNIA 90210 |
| **Int. Cl.: 16** | CLASS 16: Paper and cardboard products, namely, children's wall stickers; adhesives for stationery or household purposes; books, namely, a series of fiction books, comic books, and books in the field of in the field of animation, cartoons, drama, action, adventure, science-fiction, romance and suspense; comic books; graphic novels |
| **Trademark** | |
| **Principal Register** | FIRST USE 7-15-2019; IN COMMERCE 7-15-2019 |

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3357243

The name(s), portrait(s), and/or signature(s) shown in the mark identifies "Stan Lee", whose consent(s) to register is made of record.

SER. NO. 87-981,794, FILED 03-12-2018

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# STAN LEE

**Reg. No. 5,880,991**
**Registered Oct. 08, 2019**
**Int. Cl.: 9**
**Trademark**
**Principal Register**

POW! ENTERTAINMENT LLC (DELAWARE LIMITED LIABILITY COMPANY)
9440 Santa Monica #620
Beverly Hills, CALIFORNIA 90210

CLASS 9: Pre-recorded media, namely, digital video discs, and video discs, all featuring animation, cartoons, drama, action, adventure, science-fiction, romance and suspense in movies; downloadable multimedia software recorded on CD-ROM, all featuring animation, cartoons, drama, action, adventure, science-fiction, romance and suspense in movies; downloadable motion pictures and audio-visual recordings in the field of animation, cartoons, drama, action, adventure, science-fiction, romance and suspense; downloadable ring tones for mobile phones

FIRST USE 3-20-2007; IN COMMERCE 3-20-2007

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3357243

The name(s), portrait(s), and/or signature(s) shown in the mark identifies "Stan Lee", whose consent(s) to register is made of record.

SER. NO. 87-981,816, FILED 03-01-2018

Director of the United States
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# Stan Lee

**Reg. No. 5,886,378**
**Registered Oct. 15, 2019**
**Int. Cl.: 25, 41**
**Service Mark**
**Trademark**
**Principal Register**

POW! Entertainment, LLC (DELAWARE LIMITED LIABILITY COMPANY)
9440 S Santa Monica Boulevard, Suite 620
Beverly Hills, CALIFORNIA 90210

CLASS 25: Clothing, namely, T-shirts, caps, shirts, polo shirts, golf shirts, hats, infantwear; and headwear

FIRST USE 7-15-2019; IN COMMERCE 7-15-2019

CLASS 41: Provision of entertainment information about motion pictures, television programs, on-line video and wireless videos by means of a global computer network

FIRST USE 2-7-2012; IN COMMERCE 2-7-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3357243

The name(s), portrait(s), and/or signature(s) shown in the mark identifies "STAN LEE", whose consent(s) to register is made of record.

SER. NO. 87-981,747, FILED 12-18-2017



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,670,515**
**Registered Feb. 05, 2019**
**Int. Cl.: 9**
**Trademark**
**Principal Register**

POW! ENTERTAINMENT LLC (DELAWARE LIMITED LIABILITY COMPANY)
9440 Santa Monica Blvd., #620
Beverly Hills, CALIFORNIA 90210

CLASS 9: Pre-recorded media, namely, a series of digital video discs and downloadable motion picture, videos, all featuring animation, drama, action, adventure and science-fiction

FIRST USE 00-00-2007; IN COMMERCE 00-00-2007

The mark consists of the wording "STAN LEE" in a stylized format.

OWNER OF U.S. REG. NO. 3357243

The name(s), portrait(s), and/or signature(s) shown in the mark identifies Stan Lee, whose consent(s) to register is made of record.

SER. NO. 88-033,514, FILED 07-11-2018

Director of the United States
Patent and Trademark Office

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 3,357,243
Registered Dec. 18, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

# STAN LEE PRESENTS

POW! ENTERTAINMENT, LLC (DELAWARE CORPORATION)
SUITE 620
9440 SANTA MONICA BLVD.
BEVERLY HILLS, CA 90210

FOR: ENTERTAINMENT SERVICES, NAMELY, MOTION PICTURE AND TELEVISION PRODUCTION; PUBLISHING OF BOOKS, COMIC BOOKS AND MOTION PICTURE AND TELEVISION SCRIPTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-9-2007; IN COMMERCE 1-9-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,455,135.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PRESENTS", APART FROM THE MARK AS SHOWN.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES STAN LEE, WHOSE CONSENT(S) TO REGISTER IS SUBMITTED.

SN 78-632,449, FILED 5-18-2005.

SEAN CROWLEY, EXAMINING ATTORNEY

# United States of America

United States Patent and Trademark Office

## STAN LEE PRESENTS

**Reg. No. 5,674,588**  
**Registered Feb. 12, 2019**  
**Int. Cl.: 9**  
**Trademark**  
**Principal Register**

Pow! Entertainment LLC (DELAWARE LIMITED LIABILITY COMPANY)  
9440 Santa Monica, #620  
Beverly Hills, CALIFORNIA 90210

CLASS 9: Pre-recorded media, namely, a series of digital video discs and downloadable motion pictures, videos, all featuring animation, drama, action, adventure and science-fiction

FIRST USE 00-00-2007; IN COMMERCE 00-00-2007

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3357243

No claim is made to the exclusive right to use the following apart from the mark as shown: "PRESENTS"

The name(s), portrait(s), and/or signature(s) shown in the mark identifies "STAN LEE", whose consent(s) to register is made of record.

SER. NO. 88-003,957, FILED 06-18-2018

Director of the United States  
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# STAN LEE PRESENTS

**Reg. No. 5,674,595**  
**Registered Feb. 12, 2019**  
**Int. Cl.: 16**  
**Trademark**  
**Principal Register**

Pow! Entertainment LLC (DELAWARE LIMITED LIABILITY COMPANY)  
9440 Santa Monica, #620  
Beverly Hills, CALIFORNIA 90210

CLASS 16: Comic books

FIRST USE 00-00-2007; IN COMMERCE 00-00-2007

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3357243

No claim is made to the exclusive right to use the following apart from the mark as shown: "PRESENTS"

The name(s), portrait(s), and/or signature(s) shown in the mark identifies "STAN LEE", whose consent(s) to register is made of record.

SER. NO. 88-004,154, FILED 06-18-2018

Director of the United States  
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

## The Stan Lee Foundation

**Reg. No. 5,598,858**
**Registered Nov. 06, 2018**
**Int. Cl.: 36**
**Service Mark**
**Principal Register**

POW! Entertainment, Inc. (CALIFORNIA CORPORATION)
Suite 620
9440 S Santa Monica Blvd
Beverly Hills, CALIFORNIA 90210

CLASS 36: Charitable foundation services, namely, providing financial support to individuals who are seeking to be with family during the holidays but are unable due to financial constraints; Charitable foundation services, namely, providing fundraising activities and investment management services to support medical education and research and procedures for those in need; Charitable foundation services, namely, providing fundraising activities, supplemental funding, capital improvement funding, scholarships and financial assistance for programs and services of others; Charitable fundraising by means of conducting book drives wherein the books are later sold and proceeds donated to charity; Charitable fundraising by means of directing a portion of a customer's fees to a charity of the customer's choice; Charitable fundraising services, by means of providing individuals with the information and opportunity to make monetary donations to their favorite charity; Fundraising services, by means of organizing and conducting fundraising events to support the prevention of child abuse and neglect

FIRST USE 1-1-2008; IN COMMERCE 1-1-2008

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "FOUNDATION"

The name(s), portrait(s), and/or signature(s) shown in the mark identifies "Stan Lee", whose consent(s) to register is made of record.

SER. NO. 87-667,102, FILED 10-31-2017



Director of the United States
Patent and Trademark Office