| No | Defendants |
|---|---|
| 1 | beenkeend |
| 2 | complexexpress |
| 3 | crazystonetoys |
| 4 | dasjinbao |
| 5 | figureproshop |
| 6 | goldjinbao |
| 7 | lightingcomet |
| 8 | startoys_bx |
| 9 | tidingsellertoys |
| 10 | toystory98 |
| 11 | yellowb_85 |
| 12 | buy_and_buy24 |
| 13 | leluxeforu |
| 14 | the-right-choice1 |
| 15 | firefighteryakir |
| 16 | pardang |
| 17 | zhengzh68 |
| 18 | zhongying_32 |
| 19 | alon29m |
| 20 | eyal2009 |
| 21 | farfuture191216 |
| 22 | jiangyun_2018 |
| 23 | leiyafei2017 |
| 24 | new_look_market |
| 25 | pasdil_8710 |
| 26 | playvera_shirtza |
| 27 | suvkaus_0 |
| 28 | xingyi666 |
| 29 | gxiaofan-0 |
| 30 | ludimeijuyuan1106 |
| 31 | kok-26 |
| 32 | ome-da4 |
| 33 | 2017jinbao |
| 34 | gwcomp |
| 35 | haigro |
| 36 | weu41bn125y023 |
| 37 | jiang8621 |
| 38 | yangyanhong909f |
| 39 | yhnm635 |
| 40 | 2_75393 |
| 41 | ebfashion17 |
| 42 | xianyue65986427yo_4 |
| 43 | yinyi_2020 |
| 44 | skm_63 |
| 45 | xuanpeichensqi_24 |
| 46 | chenmoliguang |
| 47 | chuxiaopeng1571 |

| | |
|---|---|
| 48 | lixie45 |
| 49 | rxl56 |
| 50 | sxh56 |
| 51 | xiliansh |
| 52 | xinji_2356 |
| 53 | yiqiao3688 |
| 54 | zaidi6_20 |
| 55 | zengzeng204 |
| 56 | zhiyun61 |
| 57 | commitmenteam |
| 58 | teamshairises |
| 59 | xx02 |
| 60 | BringHappy Store |
| 61 | casesstore |
| 62 | FunBuyToys Store |
| 63 | letsgobricks |
| 64 | minifigjoystore |
| 65 | mymermaid |
| 66 | Shop4414140 Store |
| 67 | Shop4420122 Store |
| 68 | Shop5026008 Store |
| 69 | thatssokawaii |
| 70 | thegeekydweeb |
| 71 | TMGT Building Blocks Minifigs Store |
| 72 | Treasure Case |
| 73 | WMfigs Block Store |
| 74 | World Minifigs 2.0 Store |
| 75 | zhuwongtoy |
| 76 | 1mbugatti |
| 77 | 2018wuxuhuagong |
| 78 | a0922802596 |
| 79 | allandetcetera |
| 80 | anity-84 |
| 81 | anonymousbrandname |
| 82 | anthonyshop2013 |
| 83 | ariwijay_1 |
| 84 | aybc8068 |
| 85 | basedisplaystand |
| 86 | best_shop15 |
| 87 | boazmoav |
| 88 | boutiquegroceries |
| 89 | bricks.minifigures.store |
| 90 | chauvo-50 |
| 91 | chuslindahayuwulandar-0 |
| 92 | collectiving |
| 93 | creepered |
| 94 | ctrr2669 |
| 95 | davidli83 |

| | |
|---|---|
| 96 | dehongxiandei-8 |
| 97 | donnykiaw |
| 98 | dra-5394 |
| 99 | dumpy1*123 |
| 100 | eazy_shopping |
| 101 | edhb19 |
| 102 | edreams8111 |
| 103 | estore_aravinda |
| 104 | ezytoys |
| 105 | fangfa_45 |
| 106 | fdjkg70 |
| 107 | feaboa0 |
| 108 | flower_shop_98 |
| 109 | funkopop-_-store |
| 110 | galseller97 |
| 111 | ggf65588 |
| 112 | good_and_buy |
| 113 | guezntoys |
| 114 | happiness_shipped |
| 115 | happybears |
| 116 | happytradehouse |
| 117 | henghp663615 |
| 118 | hnamy728 |
| 119 | homyeamun |
| 120 | honesty2018789 |
| 121 | hongweicunshengquan |
| 122 | hutra-9239 |
| 123 | ibestshophk |
| 124 | jump6528 |
| 125 | june_style |
| 126 | just-for-you-store |
| 127 | kelimen0 |
| 128 | kopf.official.store |
| 129 | kopf.store |
| 130 | le-charles-shop |
| 131 | ljxfc888 |
| 132 | loishop-99 |
| 133 | luckystar-09 |
| 134 | lwstore2013 |
| 135 | maiduo |
| 136 | market-9898 |
| 137 | marveloustan |
| 138 | mikitao2016 |
| 139 | mil4081 |
| 140 | minfeng-trade |
| 141 | minifigshop123 |
| 142 | mygoodmood-2019 |
| 143 | nanhekeji |

| 144 | newhotfashion-7 |
|---|---|
| 145 | nguyph-53 |
| 146 | nice201788 |
| 147 | ninpoyo |
| 148 | nirone-0 |
| 149 | nl_555 |
| 150 | nooniceshop |
| 151 | np_nk60 |
| 152 | nuhstore |
| 153 | nuoya2012 |
| 154 | one*day_bid |
| 155 | osheytzhak_0 |
| 156 | peix-25 |
| 157 | phamt0 |
| 158 | pop-up.store |
| 159 | qhhappy-store666 |
| 160 | qinli89 |
| 161 | qpil7209 |
| 162 | qtxqsgf |
| 163 | red_star2013 |
| 164 | renyi825 |
| 165 | robothouse1997 |
| 166 | romi_store |
| 167 | ron-shop14 |
| 168 | roybird1 |
| 169 | rukongmengkukong |
| 170 | sale_away_with_us |
| 171 | sellinggoodluck |
| 172 | smart_buy24 |
| 173 | smju2153 |
| 174 | springsetse |
| 175 | springwindblowing |
| 176 | starfoods.pet.store |
| 177 | styleledhk |
| 178 | sudharmnoviawat-0 |
| 179 | systeminflow |
| 180 | szsuper789654 |
| 181 | tgonline |
| 182 | thanhnv.aof6 |
| 183 | thedark8x |
| 184 | tian.hk |
| 185 | tl-world.minifigs |
| 186 | tototoys2015 |
| 187 | toyandtravel |
| 188 | tuviano253 |
| 189 | uczone |
| 190 | uniqueminifig_1590 |
| 191 | voila.hp |

| | |
|---|---|
| 192 | wangtong2012years |
| 193 | wang-zhe-feng-fan |
| 194 | wellwong1991 |
| 195 | wholesales.minifigures-blocks |
| 196 | winseeds |
| 197 | wonderful_life_2018 |
| 198 | worldbuyshop |
| 199 | xiexu1019 |

| No | Defendants Online Marketplace |
|---|---|
| 1 | https://www.ebay.com/usr/beenkeend |
| 2 | https://www.ebay.com/usr/complexexpress |
| 3 | https://www.ebay.com/usr/crazystonetoys |
| 4 | https://www.ebay.com/usr/dasjinbao |
| 5 | https://www.ebay.com/usr/figureproshop |
| 6 | https://www.ebay.com/usr/goldjinbao |
| 7 | https://www.ebay.com/usr/lightingcomet |
| 8 | https://www.ebay.com/usr/startoys_bx |
| 9 | https://www.ebay.com/usr/tidingsellertoys |
| 10 | https://www.ebay.com/usr/toystory98 |
| 11 | https://www.ebay.com/usr/yellowb_85 |
| 12 | https://www.ebay.com/usr/buy_and_buy24 |
| 13 | https://www.ebay.com/usr/leluxeforu |
| 14 | https://www.ebay.co.uk/usr/the-right-choice1 |
| 15 | https://www.ebay.com/usr/firefighteryakir |
| 16 | https://www.ebay.com/usr/pardang |
| 17 | https://www.ebay.com/usr/zhengzh68 |
| 18 | https://www.ebay.com/usr/zhongying_32 |
| 19 | https://www.ebay.com/usr/alon29m |
| 20 | https://www.ebay.com/usr/eyal2009 |
| 21 | https://www.ebay.com/usr/farfuture191216 |
| 22 | https://www.ebay.com/usr/jiangyun_2018 |
| 23 | https://www.ebay.com/usr/leiyafei2017 |
| 24 | https://www.ebay.com/usr/new_look_market |
| 25 | https://www.ebay.com/usr/pasdil_8710 |
| 26 | https://www.ebay.com/usr/playvera_shirtza |
| 27 | https://www.ebay.com/usr/suvkaus_0 |
| 28 | https://www.ebay.com/usr/xingyi666 |
| 29 | https://www.ebay.com/usr/gxiaofan-0 |
| 30 | https://www.ebay.com/usr/ludimeijuyuan1106 |
| 31 | https://www.ebay.com/usr/kok-26 |
| 32 | https://www.ebay.com/usr/ome-da4 |
| 33 | https://www.ebay.com/usr/2017jinbao |
| 34 | https://www.ebay.com/usr/gwcomp |
| 35 | https://www.ebay.com/usr/haigro |

| | |
|---|---|
| 36 | https://www.ebay.com/usr/weu41bn125y023 |
| 37 | https://www.ebay.com/usr/jiang8621 |
| 38 | https://www.ebay.com/usr/yangyanhong909f |
| 39 | https://www.ebay.com/usr/yhnm635 |
| 40 | https://www.ebay.com/usr/2_75393 |
| 41 | https://www.ebay.com/usr/ebfashion17 |
| 42 | https://www.ebay.com/usr/xianyue65986427yo_4 |
| 43 | https://www.ebay.com/usr/yinyi_2020 |
| 44 | https://www.ebay.com/usr/skm_63 |
| 45 | https://www.ebay.com/usr/xuanpeichensqi_24 |
| 46 | https://www.ebay.com/usr/chenmoliguang |
| 47 | https://www.ebay.com/usr/chuxiaopeng1571 |
| 48 | https://www.ebay.com/usr/lixie45 |
| 49 | https://www.ebay.com/usr/rxl56 |
| 50 | https://www.ebay.com/usr/sxh56 |
| 51 | https://www.ebay.com/usr/xiliansh |
| 52 | https://www.ebay.com/usr/xinji_2356 |
| 53 | https://www.ebay.com/usr/yiqiao3688 |
| 54 | https://www.ebay.com/usr/zaidi6_20 |
| 55 | https://www.ebay.com/usr/zengzeng204 |
| 56 | https://www.ebay.com/usr/zhiyun61 |
| 57 | https://www.ebay.com/usr/commitmenteam |
| 58 | https://www.ebay.com/usr/teamshairises |
| 59 | https://www.ebay.com/usr/xx02 |
| 60 | https://www.aliexpress.com/store/2934019 |
| 61 | https://casesstore.ecrater.com |
| 62 | https://funbuytoy.aliexpress.com/store/1793031 |
| 63 | https://letsgobricks.ecrater.com |
| 64 | https://minifigjoystore.ecrater.com |
| 65 | https://mymermaid.ecrater.com |
| 66 | https://www.aliexpress.com/store/4414140 |
| 67 | https://www.aliexpress.com/store/4420122 |
| 68 | https://www.aliexpress.com/store/5026008 |
| 69 | https://thatssokawaii.ecrater.com |
| 70 | https://thegeekydweeb.ecrater.com |
| 71 | https://www.aliexpress.com/store/1726607 |
| 72 | https://www.aliexpress.com/store/408823 |
| 73 | https://www.aliexpress.com/store/3657076 |
| 74 | https://worldminifigs2.aliexpress.com/store/2857074 |
| 75 | https://zhuwongtoy.ecrater.com/ |
| 76 | https://www.ebay.com/usr/1mbugatti |
| 77 | https://www.ebay.com/usr/2018wuxuhuagong |
| 78 | https://www.ebay.com/usr/a0922802596 |
| 79 | https://www.ebay.com/usr/allandetcetera |
| 80 | https://www.ebay.com/usr/anity-84 |
| 81 | https://www.ebay.com/usr/anonymousbrandname |
| 82 | https://www.ebay.com/usr/anthonyshop2013 |
| 83 | https://www.ebay.com/usr/ariwijay_1 |

| | |
|---|---|
| 84 | https://www.ebay.com/usr/aybc8068 |
| 85 | https://www.ebay.com/usr/basedisplaystand |
| 86 | https://www.ebay.com/usr/best_shop15 |
| 87 | https://www.ebay.com/usr/boazmoav |
| 88 | https://www.ebay.com/usr/boutiquegroceries |
| 89 | https://www.ebay.com/usr/bricks.minifigures.store |
| 90 | https://www.ebay.com/usr/chauvo-50 |
| 91 | https://www.ebay.com/usr/chuslindahayuwulandar-0 |
| 92 | https://www.ebay.com/usr/collectiving |
| 93 | https://www.ebay.com/usr/creepered |
| 94 | https://www.ebay.com/usr/ctrr2669 |
| 95 | https://www.ebay.com/usr/davidli83 |
| 96 | https://www.ebay.com/usr/dehongxiandei-8 |
| 97 | https://www.ebay.com/usr/donnykiaw |
| 98 | https://www.ebay.com/usr/dra-5394 |
| 99 | https://www.ebay.com/usr/dumpy1*123 |
| 100 | https://www.ebay.com/usr/eazy_shopping |
| 101 | https://www.ebay.com/usr/edhb19 |
| 102 | https://www.ebay.com/usr/edreams8111 |
| 103 | https://www.ebay.com/usr/estore_aravinda |
| 104 | https://www.ebay.com/usr/ezytoys |
| 105 | https://www.ebay.com/usr/fangfa_45 |
| 106 | https://www.ebay.com/usr/fdjkg70 |
| 107 | https://www.ebay.com/usr/feaboa0 |
| 108 | https://www.ebay.com/usr/flower_shop_98 |
| 109 | https://www.ebay.com/usr/funkopop-_-store |
| 110 | https://www.ebay.com/usr/galseller97 |
| 111 | https://www.ebay.com/usr/ggf65588 |
| 112 | https://www.ebay.com/usr/good_and_buy |
| 113 | https://www.ebay.com/usr/guezntoys |
| 114 | https://www.ebay.com/usr/happiness_shipped |
| 115 | https://www.ebay.com/usr/happybears |
| 116 | https://www.ebay.com/usr/happytradehouse |
| 117 | https://www.ebay.com/usr/henghp663615 |
| 118 | https://www.ebay.com/usr/hnamy728 |
| 119 | https://www.ebay.com/usr/homyeamun |
| 120 | https://www.ebay.com/usr/honesty2018789 |
| 121 | https://www.ebay.com/usr/hongweicunshengquan |
| 122 | https://www.ebay.com/usr/hutra-9239 |
| 123 | https://www.ebay.com/usr/ibestshophk |
| 124 | https://www.ebay.com/usr/jump6528 |
| 125 | https://www.ebay.com/usr/june_style |
| 126 | https://www.ebay.com/usr/just-for-you-store |
| 127 | https://www.ebay.com/usr/kelimen0 |
| 128 | https://www.ebay.com/usr/kopf.official.store |
| 129 | https://www.ebay.com/usr/kopf.store |
| 130 | https://www.ebay.com/usr/le-charles-shop |
| 131 | https://www.ebay.com/usr/ljxfc888 |

| | |
|---|---|
| 132 | https://www.ebay.com/usr/loishop-99 |
| 133 | https://www.ebay.com/usr/luckystar-09 |
| 134 | https://www.ebay.com/usr/lwstore2013 |
| 135 | https://www.ebay.com/usr/maiduo |
| 136 | https://www.ebay.com/usr/market-9898 |
| 137 | https://www.ebay.com/usr/marveloustan |
| 138 | https://www.ebay.com/usr/mikitao2016 |
| 139 | https://www.ebay.com/usr/mil4081 |
| 140 | https://www.ebay.com/usr/minfeng-trade |
| 141 | https://www.ebay.com/usr/minifigshop123 |
| 142 | https://www.ebay.com/usr/mygoodmood-2019 |
| 143 | https://www.ebay.com/usr/nanhekeji |
| 144 | https://www.ebay.com/usr/newhotfashion-7 |
| 145 | https://www.ebay.com/usr/nguyph-53 |
| 146 | https://www.ebay.com/usr/nice201788 |
| 147 | https://www.ebay.com/usr/ninpoyo |
| 148 | https://www.ebay.com/usr/nirone-0 |
| 149 | https://www.ebay.com/usr/nl_555 |
| 150 | https://www.ebay.com/usr/nooniceshop |
| 151 | https://www.ebay.com/usr/np_nk60 |
| 152 | https://www.ebay.com/usr/nuhstore |
| 153 | https://www.ebay.com/usr/nuoya2012 |
| 154 | https://www.ebay.com/usr/one*day_bid |
| 155 | https://www.ebay.com/usr/osheytzhak_0 |
| 156 | https://www.ebay.com/usr/peix-25 |
| 157 | https://www.ebay.com/usr/phamt0 |
| 158 | https://www.ebay.com/usr/pop-up.store |
| 159 | https://www.ebay.com/usr/qhhappy-store666 |
| 160 | https://www.ebay.com/usr/qinli89 |
| 161 | https://www.ebay.com/usr/qpil7209 |
| 162 | https://www.ebay.com/usr/qtxqsgf |
| 163 | https://www.ebay.com/usr/red_star2013 |
| 164 | https://www.ebay.com/usr/renyi825 |
| 165 | https://www.ebay.com/usr/robothouse1997 |
| 166 | https://www.ebay.com/usr/romi_store |
| 167 | https://www.ebay.com/usr/ron-shop14 |
| 168 | https://www.ebay.com/usr/roybird1 |
| 169 | https://www.ebay.com/usr/rukongmengkukong |
| 170 | https://www.ebay.com/usr/sale_away_with_us |
| 171 | https://www.ebay.com/usr/sellinggoodluck |
| 172 | https://www.ebay.com/usr/smart_buy24 |
| 173 | https://www.ebay.com/usr/smju2153 |
| 174 | https://www.ebay.com/usr/springsetse |
| 175 | https://www.ebay.com/usr/springwindblowing |
| 176 | https://www.ebay.com/usr/starfoods.pet.store |
| 177 | https://www.ebay.com/usr/styleledhk |
| 178 | https://www.ebay.com/usr/sudharmnoviawat-0 |
| 179 | https://www.ebay.com/usr/systeminflow |

| | |
|---|---|
| 180 | https://www.ebay.com/usr/szsuper789654 |
| 181 | https://www.ebay.com/usr/tgonline |
| 182 | https://www.ebay.com/usr/thanhnv.aof6 |
| 183 | https://www.ebay.com/usr/thedark8x |
| 184 | https://www.ebay.com/usr/tian.hk |
| 185 | https://www.ebay.com/usr/tl-world.minifigs |
| 186 | https://www.ebay.com/usr/tototoys2015 |
| 187 | https://www.ebay.com/usr/toyandtravel |
| 188 | https://www.ebay.com/usr/tuviano253 |
| 189 | https://www.ebay.com/usr/uczone |
| 190 | https://www.ebay.com/usr/uniqueminifig_1590 |
| 191 | https://www.ebay.com/usr/voila.hp |
| 192 | https://www.ebay.com/usr/wangtong2012years |
| 193 | https://www.ebay.com/usr/wang-zhe-feng-fan |
| 194 | https://www.ebay.co.uk/usr/wellwong1991 |
| 195 | https://www.ebay.com/usr/wholesales.minifigures-blocks |
| 196 | https://www.ebay.com/usr/winseeds |
| 197 | https://www.ebay.com/usr/wonderful_life_2018 |
| 198 | https://www.ebay.com/usr/worldbuyshop |
| 199 | https://www.ebay.com/usr/xiexu1019 |